AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Wealth Off Wall Street, LLC

*Plaintiff(s)*

v.

Live Out Loud, Inc. and Loral Langemeier

*Defendant(s)*

Civil Action No. 17-cv-60484-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ms. Loral Langemeier
195 Hwy. 50, 3rd Floor
Zephyr Cove, Nevada 89448

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy J. Flint, Esq.
Nancy J. Flint, Attorney At Law, P.A.
1856 N. Nob Hill Road, #424
Plantation, Florida 33322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: 3/7/2017

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Wealth Off Wall Street, LLC

*Plaintiff(s)*

v.

Live Out Loud, Inc. and Loral Langemeier

*Defendant(s)*

Civil Action No. 17-cv-60484-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ms. Loral Langemeier, President
Live Out Loud, Inc.
195 Hwy. 50, 3rd Floor
Zephyr Cove, Nevada 89448

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy J. Flint, Esq.
Nancy J. Flint, Attorney At Law, P.A.
1856 N. Nob Hill Road, #424
Plantation, Florida 33322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 3/7/2017

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts